# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 69512

**FILED**

MAR 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for rehearing. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Gibbons

cc:   Hon. Stefany Miley, District Judge
      Steven Samuel Braunstein
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-07809